STDM
KATHERINE M. BARKER, ESQ.
Nevada Bar No.: 006084
LAW OFFICE OF KATHERINE M. BARKER
823 South Las Vegas Boulevard, Suite 300
Las Vegas, Nevada 89101
Attorney for Defendant
GEICO GENERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN FRICKX,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, Does 1 through 50, and Roe Corporations 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.:  2:10-cv-01164-JCM-RJJ |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Alan Frickx and Defendant, GEICO General Insurance Company, by and through their respective undersigned counsel of record and representation having been made that no Scheduling Order or Request for Trial Setting was filed and no trial date has been

///

///

///

1

set; that the above-entitled action be dismissed with prejudice, and that an Order be entered into accordingly, each party to bear their own attorneys' fees and costs.

DATED this ___ day of August 2010.

| LAW OFFICE OF KATHERINE M. BARKER | LAW OFFICES OF DAVID M. KORREY |
|---|---|
| By_____ | By_____ |
| Katherine M. Barker, Esq. | David M. Korrey, Esq. |
| Nevada Bar No. 006084 | Nevada Bar No.: 6385 |
| 823 South Las Vegas Boulevard, Suite 300 | 624 S. 9th Street |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89101 |
| Attorney for Defendant, GEICO General Insurance Company | Attorney for Plaintiff, Alan Frickx |

### ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-entitled action be, and the same is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

DATED this 17th day of August, 2010.

_____
US DISTRICT JUDGE

Submitted by:
LAW OFFICE OF KATHERINE M. BARKER

_____
Katherine M. Barker, Esq.
Nevada Bar No. 6084
823 South Las Vegas Boulevard, Suite 300
Las Vegas, Nevada 89101
Attorney for Defendant
GEICO General Insurance Company